Louis Pearson, Clerk
Court of Criminal Appeals
P.O. Box 12308

42,156-01
23 December 2014

Capitol Station
Austin, Texas 78711

MOTION DENIED
DATE: 4-30-15
BY: P.C.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 02 2015

Abel Acosta, Clerk

Re: Cause No. 20060D03223

Dear Mr. Pearson,

Enclosed please find my Motion of Request for Appointment of Counsel by The Honorable Justices for The Court of Criminal Appeals. Also enclosed are duplicate copies sent to The 384Th Court of El Paso County, plus exhibit for indigent status. Please acknowledge receipt of This material, preferably in the form of a file/date stamped copy of each enclosure.

Your assistance in This matter is greatly appreciated.

Respectfully Submitted,
Walter Bruce Cornet
TDCJ-ID #1553441
Goree Unit
7405 Hwy 75 South
Huntsville, TX 77344

Cause No. 2006DO3223-384-1

| Walter B. Cornet | § | In The Court of |
| V. | § | Criminal Appeals of Texas |
| The State of Texas | § | Capitol Station, Austin, TX |

Motion of Request for Appointment of Counsel pursuant To Article 1.051, Texas Code of Criminal Procedure

TO THE HONORABLE JUSTICES OF THE COURT OF CRIMINAL APPEALS OF TEXAS, CAPITAL STATION, TEXAS:

NOW COMES, Walter Bruce Cornet, Applicant [Defendant], in The above numbered and styled causes of habeas corpus, and requests That The Court appoint counsel To assist him in his habeas proceedings, pursuant To Texas Code Crim. Proc. Art. 1.051 (c).

Article 1.051 (c) states as follows: "an indigent Defendant is entitled to have an attorney appointed To represent him in any adversary judicial proceeding That may result in punishment by confinement..." Applicant is indigent and a declaration of inability to pay costs is attached and incorporated here as exhibit 1.

PRAYER

Wherefore, premises considered, Applicant, Walter B. Cornet prays That This Honorable Court Grant his motion for appointment of counsel to assist in his habeas corpus proceedings.

Respectfully Submitted,

Walter Bruce Cornet

Walter Bruce Cornet #1553441

Cause No. 2006003223-384-1

Walter B. Cornet     S    In The District for
V.                S    The 384 Th Judicial District
The State of Texas     S    El Paso County, Texas

Motion of Request for Appointment of Counsel
pursuant to Article 1.051, Texas Code of Criminal procedure.

TO THE HONORABLE JUDGE OF THE 384 Th COURT OF
EL PASO COUNTY:

NOW COMES, Walter Bruce Cornet, Applicant [Defendant],
in The above numbered and styled causes of habeas corpus,
and requests That The Court appoint counsel to assist him
in his habeas proceedings, pursuant To Texas Code Crim. Proc.
Art. 1.051 (c).

Article 1.051 (c) states as follows: "an indigent Defendant
is entitled to have an attorney appointed to represent him
in any adversary judicial proceeding That may result in
punishment by confinement..." Applicant is indigent and
a declaration of inability To pay costs is attached and
incorporated hereto as exhibit 1.

Prayer

Wherefore, promises considered, Applicant, Walter B. Cornet
prays That This Honorable Court Grant This motion for
appointment of counsel To assist in his habeas corpus
proceedings.

Respectfully Submitted,
Walter Bruce Cornet
Walter Bruce Cornet #1553441

Cause No. 20060003223-384-1

| Walter B. Cornet | S | In The District for |
|---|---|---|
| V. | S | The 384 Th Judicial District |
| The State of Texas | S | El Paso County, Texas |

## ORDER OF APPOINTMENT OF COUNSEL

CAME ON This day for consideration, The Defendant's request for Appointment of Counsel To assist him in his habeas corpus proceedings in The above-styled cause pursuant To Texas Code of Crim. Proc. Article 1.051. The Court has received The request and affidavit of indigency in This matter and is hereby:

ORDERED That an attorney be appointed To represent Defendant pursuant to Tex. Code Crim. Proc. Art. 1.051. Accordingly, The following attorney is hereby appointed and instructed to contact his client regarding This matter.

NAME

ADDRESS

IT is further ordered That a copy of This order shall be sent To The Defendant by The Clerk of This Court.

Judge Presiding

# INMATE DECLARATION

I, Walter B. Cornet, being presently incarcerated in The Goree Unit of The Department of Criminal Justice, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, That The facts in This Motion are True and correct.

Executed on This 23rd day of December 2014

Respectfully Submitted
Walter B. Cornet, TDCJ-ID #1553441

# CERTIFICATE OF SERVICE

I, Walter B. Cornet, being presently incarcerated in Walker County, Texas and under penalty of perjury pursuant to 28 U.S.C. § 1746, do hereby affirm That I have delivered a copy of This Motion to The prison mailroom officials for delivery to The following:

Louis Pearson, Clerk
Court of Criminal Appeals
Capitol Station
Austin, Texas 78711

Norma L. Favela
District Clerk, El Paso County,
County Courthouse, Rm. 103
500 E. San Antonio
El Paso, Texas 79901-2457

Executed on This 23rd day of December 2014
Respectfully Submitted
Walter B. Cornet

# IN THE UNITED STATES DISTRICT COURT
## FOR THE _384Th Court_ DISTRICT OF TEXAS
### _El Paso County_ DIVISION

_Walter B. Cornet / 553441_
Plaintiff's name and ID Number

_Goree Unit, Huntsville, TX_
Place of Confinement

CASE NO._____
(Clerk will assign the number)

V.

## APPLICATION TO PROCEED
## IN FORMA PAUPERIS

_The State of Texas_
Defendant's name and address

I, _Walter B. Cornet_, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1.  Have you received, within the last 12 months, any money from any of the following sources?

    a. Business, profession or from self-employment?      Yes ☐   No ☒
    b. Rent payments, interest or dividends?              Yes ☐   No ☒
    c. Pensions, annuities or life insurance payments?    Yes ☒   No ☐
    d. Gifts or inheritances?                             Yes ☐   No ☒
    e. Family or friends?                                 Yes ☐   No ☒
    f. Any other sources?                                 Yes ☐   No ☒

    If you answered **YES** to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

    _$ 673 pension over last 12 months._

2.  Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?

    Yes ☒          No ☐

    If you answered **YES** to any of the questions above, state the total value of the items owned.

    _Prison Trust account: pension balance $10.47_

1

☆ATCIFP (REV. 9/02)

3.   Do you own real estate, stocks, bonds, note, automobiles, or other valuable property, excluding ordinary household furnishings and clothing?

Yes ☐          No ☒

If you answered **YES**, describe the property and state its approximate value.

_____

_____

**I understand a false statement in answer to any question in this affidavit will subject me to penalties for perjury. I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct (28 U.S.C. §1746).**

Signed this the ___23 d___ day of ___December___, 20_14_.

___Walter B. Cornel /555341___
Signature of Plaintiff                    ID Number

**YOU MUST ATTACH A CURRENT SIX (6) MONTH HISTORY OF YOUR INMATE TRUST ACCOUNT.  YOU CAN ACQUIRE THE APPROPRIATE INMATE ACCOUNT CERTIFICATE FROM THE LAW LIBRARY AT YOUR PRISON UNIT.**

☆ATCIFP (REV. 9/02)

```
CSINIB02/CINIB02    TEXAS DEPARTMENT OF CRIMINAL JUSTICE        12/23/14
GR25/BWI                 IN-FORMA-PAUPERIS DATA                 12:55:00
TDCJ#: 01553441 SID#: 07749477 LOCATION: GOREE          INDIGENT DTE:
NAME: CORNET,WALTER                      BEGINNING PERIOD: 05/01/14
PREVIOUS TDCJ NUMBERS:
CURRENT BAL:          5.49 TOT HOLD AMT:        0.00 3MTH TOT DEP:     145.44
6MTH DEP:           242.40 6MTH AVG BAL:       16.34 6MTH AVG DEP:      40.40
MONTH HIGHEST BALANCE TOTAL DEPOSITS    MONTH HIGHEST BALANCE TOTAL DEPOSITS
10/14        52.58           48.48      07/14        97.29           96.96
09/14        46.31           48.48      06/14         0.33            0.00
08/14        46.47           48.48      05/14         0.33            0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF **Walker**
ON THIS THE **23rd** DAY OF **December, 2014** I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____



BRIAN
WILLIAMS
Notary Public, State of Texas
My Commission Expires
12/30/2015
Notary without Bond